THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL ORTENBERG et al., Respondents, *v.* CHARLES F. BALES, Chief Inspector and Acting Superintendent of the Building Department, Borough of Queens, City of New York, Appellant.

(Submitted March 20, 1929; decided April 16, 1929.)

*George P. Nicholson, Corporation Counsel (Willard S. Allen, J. Joseph Lilly* and *Robert J. Culhane* of counsel), for appellant.

*James E. Doherty* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.